H & G ENTERPRISES, INC., Appellant
and Cross-Appellee,

v.

BLACK, SIVALLS & BRYSON, INC.,
Appellee and Cross-Appellant.

BLACK, SIVALLS & BRYSON, INC.,
Appellee and Cross-Appellant,

v.

Wayland GIVENS and Robert W. Haw-
thorne, Appellants and Cross-Appellees.

Court of Appeals of Kentucky.

Dec. 6, 1974.

William L. Wiesman, Owensboro, for
appellants.

Ralph W. Wible, Sandidge, Holbrook,
Craig & Hager, Owensboro, for appellees.

Memorandum Opinion of the Court by
Justice JONES, Affirming on Appeal and
Affirming on Cross-Appeal.*

Paul S. TOLLIVER, Appellant,

v.

J. B. EVERAGE and James Nease,
Appellees.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Earl M. Cornett, John Chris Cornett,
Cordell H. Martin, Hindman, for appellant.

Richard G. Segal, Louisville, Dan T.
Martin, Hindman, for appellees.

Memorandum Opinion PER CURIAM,
Reversing.*